400 A.2d 623

Pennsylvania National Mutual Casualty Insurance Company, Appellant, v. William P. Love et al.

Argued December 5, 1978. Daniel J. Ryan, for appellant; Lawrence H. Rudnick, for appellee, William P. Love; John T. Quinn, for appellees, E. Walter Buehner, et al.; C. Robert Elicker, for appellee, James E. Riddel.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

400 A.2d 623

Piskorik et ux., v. Gorgold, Appellant.
Reargument Denied Feb. 16, 1979.

Argued December 4, 1978. Richard M. Goldberg, for appellants; Sandor Yelin, for appellees.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.